UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL JAMES PROCTOR,<br><br>    Petitioner,<br><br> v.<br><br>D. ADAMS, Warden,<br><br>    Respondent. | 1:09-CV-00617 LJO SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #9]<br><br>ORDER DISMISSING CLAIM FROM PETITION<br><br>ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

  Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

  On May 1, 2009, the Magistrate Judge issued a Findings and Recommendation that recommended Ground Three be DISMISSED from the petition for writ of habeas corpus for failure to state a cognizable ground for relief.  This Findings and Recommendation was served on Petitioner and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and no objections have been filed.

  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

*novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 1, 2009, is ADOPTED IN FULL;

2. Ground Three is DISMISSED from the petition for writ of habeas corpus; and

3. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:     June 11, 2009**                              /s/ Lawrence J. O'Neill
                                                                          UNITED STATES DISTRICT JUDGE